FILED

08 JUN 18 PM 3:06

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 2039 WQH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMON MADRIGAL-NAVARRO,<br>Defendant. | ) | Criminal Case No. ___________<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about November 5, 2007, within the Southern District of California, defendant RAMON MADRIGAL-NAVARRO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 9.98 kilograms (21.96 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

TKM:FAS:em:San Diego
6/13/08

Count 2

On or about November 5, 2007, within the Southern District of California, defendant RAMON MADRIGAL-NAVARRO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 9.98 kilograms (21.96 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 18, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
TARA K. McGRATH
Assistant U.S. Attorney

By:
FRED SHEPPARD
Assistant U.S. Attorney