FILED

08 JUN 18 PM 3:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMON MADRIGAL-NAVARRO,<br>Defendant. | Criminal Case No. '08 CR 2039 WQH<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Ramon Madrigal-Navarro, Criminal Case No. 07CR3297-WQH.

DATED: June 18, 2008.

KAREN P. HEWITT
United States Attorney

[signature]
TARA K. McGRATH
Assistant U.S. Attorney

[signature]
FRED SHEPPARD
Assistant U.S. Attorney