**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 JUN 20 PM 4:11
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
RAMON MADRIGAL-NAVARRO (1),
Defendant.

CASE NO. 08CR2039-WQH

**JUDGMENT OF DISMISSAL**

DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 952 and 960 IMPORTATION OF COCAINE; 21 USC 841 (a)(1) POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 19, 2008

WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

ENTERED ON 6/19/08