# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 20 PM 4:11
CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA, Plaintiff, vs. RAMON MADRIGAL-NAVARRO (1), Defendant. | CASE NO. 08CR2039-WQH<br><br>JUDGMENT OF DISMISSAL |
|---|---|

FILED
JUN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 952 and 960 IMPORTATION OF COCAINE; 21 USC 841 (a)(1) POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 19, 2008

William Q. Hayes

WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

I have executed within ~~Judgement and Commitment~~ judgment of dismissal on 6/23/08

United States Marshal

By: KS Curran
USMS Criminal Section

ENTERED ON 6/19/08