# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Ramon Madrigal-Navarro )

CASE NUMBER 08CR2039-WQH

ABSTRACT OF ORDER

Booking No. 06542298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/19/08

the Court entered the following order:

______ Defendant be released from custody.

______ Defendant placed on supervised / unsupervised probation / supervised release.

______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

______ Defendant released on $______ bond posted.

______ Defendant appeared in Court. FINGERPRINT & RELEASE.

______ Defendant remanded and (______ bond) (______ bond on appeal) exonerated.

______ Defendant sentenced to TIME SERVED, supervised release for______ years.

______ c.c. judgment Court of Appeals (______ affirming) (______ reversing) decision of this Court: ______dismissing appeal filed.

______ Bench Warrant Recalled.

______ Defendant forfeited collateral.

X Case Dismissed.

______ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. As to this case only - Other case # 07CR329-WQH

______________________
UNITED STATES MAGISTRATE JUDGE

OR

Received ______________________
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by S. Dinsmore
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY